[No. 40391-9-II.   Division Two.   February 7, 2012.]

COSSETTA STROUD, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

*Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Armstrong and
Johanson, JJ.

[No. 40447-8-II.   Division Two.   February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SETH THOMAS
WILLIAMS, *Appellant*.

*Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 40450-8-II.   Division Two.   February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ROSS BURNS,
*Appellant*.

*Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Penoyar, C.J., and
Hunt, J.

[No. 40692-6-II.   Division Two.   February 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WALTER
NETTLEBECK, *Appellant*.

*Affirmed* by unpublished opinion per Penoyar,
C.J., concurred in by Van Deren and Worswick, JJ.